IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:10-CV-228-FDW-DSC

BRIDGETREE, INC., et. al., )
)
)
    Plaintiffs, )
)
v. )
)
RED F. MARKETING, LLC, et. al., )
)
    Defendants. )

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Mark A. Borsos and Christine Abuel Pompa]" (documents ##63-64) filed October 25, 2010. For the reasons set forth therein, the Motions will be **GRANTED**.

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel of record; <u>and to the Honorable Frank D. Whitney</u>.

    **SO ORDERED**.        Signed: October 26, 2010

David S. Cayer
United States Magistrate Judge