# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Civil Action No.: 3:10-cv-00228

| | |
|---|---|
| BRIDGETREE, INC. AND TWO BIT DOG, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RED F MARKETING LLC, TARGET POINT, LLC, DANIEL ROSELLI, TENG LI, JASON LI, MALI XU, MARK EPPERLY, AND ELTON T. SCRIPTER,<br><br>Defendants. | ORDER PERMITTING DISCOVERY BETWEEN PARTIES NOTWITHSTANDING PROTECTIVE ORDERS |

Pending before the Court is a joint motion (Doc. No. 71) brought by Defendants Red F Marketing, LLC, Target Point, LLC, Daniel Roselli, Teng Li, and Mark Epperly (the "Red F Defendants") on the one hand; and Defendant Elton T. Scripter ("Scripter") on the other hand, seeking to permit certain discovery between the parties to the captioned action notwithstanding the Protective Order filed on August 24, 2010 [Doc. 44] (the "Red F Protective Order") and the Protective Order filed on October 8, 2010 [Doc. 59] (the "Scripter Protective Order") (collectively, the "Protective Orders").

The joint motion (Doc. No. 71) is GRANTED, and discovery between the parties is allowed, notwithstanding the Protective Orders, as follows:

1.     Plaintiffs may produce to Scripter's counsel or the Red F Defendants' counsel any document produced to Plaintiffs by either the Red F Defendants or Scripter, even if such document is otherwise subject to the Protective Orders.

2.     Regardless of its source, Scripter shall treat any document designated by Red F Defendants as "Confidential," "Attorneys' Eyes Only," or "Attorney's Eyes Only – Source

Code" as if Plaintiffs had so designated the document pursuant to the terms of the Scripter Protective Order.

3. Regardless of its source, the Red F Defendants shall treat any document designated by Scripter as "Confidential," "Attorneys' Eyes Only," or "Attorney's Eyes Only – Source Code" as if Plaintiffs had so designated the document pursuant to the terms of the Red F Protective Order.

4. No production of documents by any party to another party to this action shall constitute a waiver of such party's protections under the Protective Orders.

**SO ORDERED.**

Signed: February 25, 2011

Frank D. Whitney
United States District Judge