# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Civil Action No.: 3:10-cv-00228-FDW-DSC

| | |
|---|---|
| **BRIDGETREE, INC. AND TWO BIT DOG, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**RED F MARKETING LLC, TARGET POINT, LLC, DANIEL ROSELLI, TENG LI, JASON LI, MALI XU, MARK EPPERLY, AND ELTON T. SCRIPTER,**<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the "Joint Motion for Order Permitting Discovery Between Parties" (document #71) filed by Defendants Red F Marketing, LLC, Target Point, LLC, Daniel Roselli, Teng Li, and Mark Epperly (the "Red F Defendants") and Defendant Elton T. Scripter ("Scripter"); Plaintiffs' "Memorandum in Opposition ..." (document #73); and Defendants' "Reply ..." (document #74).

For the reasons stated in the Plaintiffs' brief, Defendants' Motion will be denied.

**NOW, THEREFORE, IT IS ORDERED:**

1. Defendants' "Joint Motion for Order Permitting Discovery Between Parties" (document #71) is **DENIED**.

2. The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Frank D. Whitney.

**SO ORDERED.** Signed: March 23, 2011

David S. Cayer
United States Magistrate Judge