IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BRIDGETREE, INC. et al.,<br>　　　Plaintiffs,<br><br>　　v.<br><br>RED F MARKETING, LLC et al.,<br>　　　Defendants. | Case No. 3:10-cv-228-FDW-DSC |

## ORDER

**THIS MATTER** is before the Court upon the Motion of attorney James M. Harrington for leave to withdraw as counsel for Defendant Teng Li. For good cause shown, the Motion is GRANTED.

IT IS THEREFORE ORDERED that James M. Harrington is hereby granted leave to withdraw as counsel for Defendant Teng Li.

**SO ORDERED**.

Signed: August 2, 2011

David S. Cayer
United States Magistrate Judge