IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:10-cv-00228-FDW-DSC

| | |
|---|---|
| **BRIDGETREE, INC. AND TWO BIT DOG, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**RED F MARKETING LLC, ET AL.,**<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court following a telephonic discovery conference conducted by the Court with counsel. As discussed with counsel and for the reasons given during the conference,

**NOW, THEREFORE, IT IS ORDERED:**

1. On or before thirty days from entry of this Order, Plaintiffs shall provide complete responses to the following discovery requests:

   a. Document Request 1 - personal emails of specified BT employees;

   b. Document Request 8 - documents reflecting projected or actual expenses, revenues, or profits of projects lost based on alleged wrongdoing of Red F Defendants;

   c. Interrogatories 10-11, Document Requests 3, 10, 11 - all contracts from December 2009 requiring notice of security breaches, on-time delivery, and/or certain quality standards and relating to customers to whom Plaintiffs sent a copy of the Complaint;

   d. Document Request 13 - personnel files, payroll records, and investigative files of three specified employees.

2. Within seven days of entry of this Order, Plaintiffs shall produce a hard copy of its communication privilege log and copies of communications identified therein for in camera review by the Court.

3. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED.**                                  Signed: October 28, 2011

David S. Cayer
United States Magistrate Judge