IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:10-cv-00228-FDW-DSC

| | |
|---|---|
| BRIDGETREE, INC. AND TWO BIT DOG, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RED F MARKETING LLC, ET AL.,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court following an <u>in camera</u> review of Plaintiffs' communication privilege log and copies of communications identified therein. The Court concludes that the following documents, as enumerated in the privilege log, are not subject to privilege: documents ##3, 6, 8, 11, 21-27, 81, 82, and 93. The Court finds that the remaining documents produced for <u>in camera</u> review are within the scope of the attorney client and/or work product privileges.

**IT IS HEREBY ORDERED** that:

1. Plaintiffs shall produce documents ##3, 6, 8, 11, 21-27, 81, 82, and 93 on or before November 15, 2011.

2. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED.**

Signed: November 9, 2011

David S. Cayer
United States Magistrate Judge