UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:10-cv-228-FDW-DSC

| | |
|---|---|
| BRIDGETREE, INC., and <br> TWO BIT DOG, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> RED F MARKETING LLC, TARGET POINT, LLC, DANIEL ROSELLI, TENG LI, MARK EPPERLY, and ELTON T. SCRIPTER, <br><br> Defendants, <br><br> vs. <br> BRIDGETREE, INC., MARK BECK, and CHRIS TALLEY, <br><br> Counterclaim Defendants. | AMENDED CASE MANAGEMENT ORDER <br> and <br> NOTICE OF HEARING |

THIS MATTER is before the Court pursuant to the telephone conference conducted by the Court during which counsel for all parties appear, the Court HEREBY AMENDS the Case Management Orders previously set forth in this case (Docs. Nos. 62, 82, 90, 92). Specifically, the Court hereby extends the deadline for filing dispositive motions to March 9, 2012. No other deadlines, including trial, are extended by this Order.

TAKE NOTICE that a hearing on all dispositive motions will take place before the undersigned at 9:30 a.m. on April 11, 2012, at the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina, 28202.[1] Oral argument on all pending motions will be limited, and once

---

[1] Counsel should note that while it is unlikely, due to the shortage of courtrooms in the Charlotte courthouse, it is possible that the hearing will take place at the United States Courthouse, 200 W. Broad

all motions have been filed, the Court will inform the parties how it intends to allocate the time limits.

        IT IS SO ORDERED.

        Signed: February 23, 2012

Frank D. Whitney
United States District Judge

---

Street, Statesville, North Carolina. The Court will confirm the location with counsel by Tuesday, April 10, 2012.