# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Bridgetree, Inc.,

    Plaintiff(s),　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:10CV228

RED F Marketing, LLC,
Target Point, LLC; Daniel Roselli;
Teng Li; and Mark Epperly,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Trial and verdicts having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the 8/10/12 Jury Verdicts.

Signed: August 13, 2012

Frank G. Johns, Clerk
United States District Court