IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:10-CV-228-FDW-DSC

| | |
|---|---|
| BRIDGETREE, INC., et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| RED F. MARKETING, LLC, et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court on Plaintiff's "Motion to Seal ..." (document #220). After conferring with the chambers of the Honorable Frank D. Whitney, the Motion is **GRANTED**.

The Clerk is directed to send copies of this Order to counsel of record; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**. Signed: September 11, 2012

David S. Cayer
United States Magistrate Judge