UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00228-FDW-DSC

| | |
|---|---|
| BRIDGETREE, INC., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>RED F MARKETING LLC, TARGET )<br>POINT, LLC, DANIEL ROSELLI, TENG )<br>LI, and MARK EPPERLY, )<br>)<br>Defendants. )<br>) | AMENDED<br>NOTICE OF HEARING |

TAKE NOTICE that an evidentiary hearing on Plaintiff's pending Motion to Show Cause (Doc. No. 269) will take place before the undersigned on **Tuesday, September 3, 2013, at 2:00 p.m.** in Courtroom #1 of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202. The parties should be prepared to present testimony and other evidence concerning the allegations of contempt.

Signed: August 22, 2013

_____
Frank D. Whitney
Chief United States District Judge