UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00228-FDW-DSC

| | |
|---|---|
| BRIDGETREE, INC., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>RED F MARKETING LLC; TARGET )<br>POINT, LLC; DANIEL ROSELLI; TENG )<br>LI; and MARK EPPERLY )<br>)<br>    Defendants/Counterclaimants, )<br>)<br>vs. )<br>)<br>BRIDGETREE, INC., and MARK BECK, )<br>)<br>    Counterclaim Defendants. )<br>) | ORDER |

THIS MATTER is before the Court concerning a scheduling order to facilitate discovery and a hearing on the pending Motion for Order to Show Cause. (Doc. No. 297). TAKE NOTICE that the Court will conduct an evidentiary hearing on the allegations in the pending motion beginning at 9:00 am on May 26, 2015, in Courtroom 1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, NC, 28202.

The parties shall be permitted discovery, which shall be limited to 20 written requests for production of documents, 20 interrogatories, and 20 hours for depositions.[1] Bridgetree's expert report shall be produced no later than March 31, 2015, and CustomerStream and Teng Li may

---

[1] Parties should confer with counsel and parties in the case of <u>Bridgetree Holdings v. Roselli</u>, 3:14-cv-448, when scheduling depositions so that individuals can be deposed at the same time or immediately after depositions in this matter.

produce expert reports no later than May 4, 2015. The parties may supplement their briefs with new evidence or argument – and **not** mere reiterations of evidence and argument already before the Court—by May 15, 2015. Supplemental briefs shall be limited to 2,000 words.

    IT IS SO ORDERED.

Signed: February 9, 2015

Frank D. Whitney
Chief United States District Judge