UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00228-FDW-DSC

| | |
|---|---|
| BRIDGETREE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RED F MARKETING LLC; TARGET POINT, LLC; DANIEL ROSELLI; TENG LI; and MARK EPPERLY <br><br> Defendants/Counterclaimants. | CONSENT ORDER <br> CANCELING JUDGMENT AS AGAINST <br> DANIEL ROSELLI ONLY |

THIS MATTER is before the Court on this proposed consent order between the judgment creditor, Bridgetree, Inc. ("Bridgetree") and judgment debtor Daniel Roselli ("Roselli"), pursuant to Fed. R. Civ. P. 60(b)(5), for cancellation of the money judgment only, as against Roselli only, on grounds of partial satisfaction of the judgment entered against Roselli for those claims for which Roselli was found individually liable, reserving all rights against remaining judgment debtors. By consent and acknowledgement of these parties, the Court enters the following findings and conclusions as between them only:

1. Pursuant to a confidential settlement agreement, Bridgetree has received from Roselli such consideration as has been agreed and in exchange for which Bridgetree has agreed to release Roselli from all monetary awards against him in this action, including actual, punitive or trebled damages, prejudgment or post-judgment interest, attorney's fees and costs.

2. Because the judgment awarded different and additional monetary relief as against other parties, and Roselli's performance is in partial satisfaction only, Bridgetree retains and

reserves all rights to pursue, enforce and collect the judgment as against other judgment debtors, and the present parties' compromises shall not release or discharge any other judgment debtor.

3. The injunctive relief in the judgment remains in effect.

4. Bridgetree agrees and covenants henceforth to take no action to collect or enforce the monetary aspects of the judgment against Roselli, nor to register the judgment as against him in any sister United States District Court, nor to docket the judgment as against him in the General Court of Justice of the State of North Carolina, in any county of the State.

Accordingly, IT IS HEREBY ORDERED:

1. The money judgment in this action is hereby canceled as against Daniel Roselli.

2. The Clerk shall cause the index of judgments to reflect that the outstanding balance of the judgment in this action as against Daniel Roselli is $0 and that the status of the judgment as against Roselli is "canceled."

IT IS SO ORDERED.

Signed: July 9, 2015

_____
Frank D. Whitney
Chief United States District Judge

WE CONSENT:

s/ J. Douglas Grimes
J. Douglas Grimes (NC State Bar No. 32699)
Hedrick Gardner Kincheloe & Garofalo, LLP
P.O. Box 30397
Charlotte, NC 28230
T: (704) 319-5436
F: (704) 602-8070
Email: dgrimes@hedrickgardner.com


J. Mark Wilson (NC Bar No. 25763)

Kathryn G. Cole (NC Bar No. 39106)
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
T: (704) 331-1000
F: (704) 339-5981
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com

Edward W. Gray
Fitch, Even, Tabin & Flannery
One Lafayette Center, Suite 750S
1120 20th Street, NW
Washington, DC 20036
T: (202) 419-7000
F: (202) 419-7007
Email: egray@fitcheven.com

Mark A. Borsos
Christine A. Pompa
Fitch, Even, Tabin & Flannery
120 S. LaSalle Street, Suite 1600
Chicago, Illinois 60603
T: (312) 577-7000
F: (312) 577-7007
Email: mborsos@fitcheven.com
Email: cpompa@fitcheven.com
*Attorneys for Plaintiff Bridgetree, Inc.*

s/ J. Daniel Bishop
J. Daniel Bishop
A. Todd Capitano
Erwin, Bishop, Capitano & Moss, P.A.
Charlotte, North Carolina 28211
T: (704) 716-1200
F: (704) 716-1201
Email:  dbishop@ebcmlaw.com
Email:  tcapitano@ebcmlaw.com
*Attorneys for Daniel Roselli*